IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **ROSEANN ROMEO,** on behalf of herself and other persons similarly situated,<br><br>**Plaintiff(s)**<br><br>v.<br><br>**NISSAN NORTH AMERICA, INC., NISSAN EXTENDED SERVICES NORTH AMERICA, G.P., and NISSAN EXTENDED SERVICES NORTH AMERICA, INC.,**<br><br>**Defendants.** | Civil Action No.: 1:16-cv-01623 RMB-AMD<br><br>Civil Action<br><br>**NOTICE OF DISMISSAL** |

This matter in difference in the above-entitled action having been amicably resolved by the parties, it is hereby dismissed without costs against Defendant, Nissan North America, Inc., Nissan Extended Services North America, G.P. and Nissan Extended Services North America, Inc. with prejudice.

GRUNGO✝COLARULO
——— PRAY FOR PEACE, PREPARE FOR TRIAL ———
Attorney for Plaintiff, Roseann Romeo

By:_____
    RICHARD GRUNGO, JR., ESQUIRE

Dated: 9/13/18